# PD-1613-15

PD# _____

HAROLD J. NORWOOD, JR
-vs-
THE STATE OF TEXAS

§ IN THE COURT OF
§ CRIMINAL APPEALS
§ OF TEXAS
§
§

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 9.3[b]

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Comes now, Harold J. Norwood, Jr., Appellant in the above-styled and numbered cause and respectfully moves this Honorable Court to leave to file an original copy, **Only,** of The Petition For Discretionary Reviews, and in support thereof, Appellant shows The Court the following:

1] The style and appeal number in The First Court Of Appeals, in Houston, Texas, is **01-14-01005-CR.**

2] The Appellant moves that The Honorable Court **Suspends Rule 9.3[b],** Of The Texas Rules Of Appellate Procedure, which requires, the filing of **eleven[11]** copies of The Petition For Discretionary Review.

3] Appellant is indigent and incarcerated and does not have access to a copier machine rendering him unable to comply with **Rule 9.3[b],** and allows him to file the original copy[**Only**], of The Petition For Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

Respectfully Submitted,

_Harold J. Norwood_
Harold J. Norwood, Jr.
TDCJ-ID# 1967016
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351